UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:14-CV-230-TBR

DONALD LEE WELLHAM                                                                                    PLAINTIFF

V.

LIBERTY TIRE RECYCLING, LLC                                                                  DEFENDANT

## *ORDER OF DISMISSAL*

A hearing was held on November 9, 2015 for plaintiff to appear and show cause why the case should not be dismissed.

Mark David Alcott, counsel for defendant appeared by phone. There was no appearance for the plaintiff.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.


cc: Counsel

P/05